IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2006.**

    Defendant's Unopposed Motion to Vacate the Scheduling/Planning Conference [Filed February 17, 2006; Docket #15] is **granted** in part and **denied** in part. A motion for stay of discovery "raises issues of pretrial management and judicial efficiency that fall within [the] court's discretion." *Greeley Pub. Co. v. Hergert*, __ F.R.D. __, 2006 WL 305510 (D. Colo. Feb. 8, 2006). The Court believes that indeterminate stays of discovery in cases not raising the defense of qualified/absolute immunity or subject matter jurisdiction, even if the stay is based on the outcome of a pending motion, are not necessarily the best means of pretrial management. Therefore, the Scheduling Conference is rescheduled to April 24, 2006, at 9:15 a.m. The parties may seek further continuance before that date if a ruling has not been made on Defendant's Motion to Dismiss.