IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 1, 2006.**

    Defendant's Motion to Modify Scheduling Order Re: Deadline to Endorse Experts [Filed October 31, 2006; Docket #49] is **granted**. The deadline for endorsing rebuttal experts is reset to January 26, 2007, and the discovery cutoff is reset to March 2, 2007.