IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 1, 2006.**

    Defendant's Unopposed Motion to Vacate Settlement Conference of November 13, 2006 [Filed November 1, 2006; Docket #51] is **granted**. The settlement conference scheduled for November 13, 2006, at 10:30 a.m. is hereby **vacated**. The parties are directed to contact Chambers when a settlement conference will be productive.