IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 2, 2007.**

    Defendant's Second Unopposed Motion to Modify Scheduling Order Re: Deadline to Endorse Experts [Filed December 28, 2006; Docket #61] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Expert disclosures: | February 27, 2007 |
| Rebuttal expert disclosures: | March 27, 2007 |
| Discovery cut-off: | May 1, 2007 |