IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 20, 2007.**

    Defendant's Motion to Permit Withdrawal of Laura Trask Schneider as Attorney of Record [Filed February 16, 2007; Docket #83] is **granted**. Ms. Schneider's representation of Defendant in this matter is hereby terminated.