IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 15, 2007.**

    Plaintiff's Motion to Compel [Filed March 14, 2007; Docket #104] is **denied**, without prejudice, for failure to comply with D.C.Colo.L.Civ.R. 37.1.