IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 8, 2007.**

    Defendant's Unopposed Motion for Leave to File sur-reply Re: Plaintiff's Second Motion to Compel and Third Motion for Sanctions [Filed May 7, 2007; Docket #120] is **granted** as specified. Defendant's sur-replies are to be filed no later than **May 11, 2007**, at **8:00 a.m.**

    Defendant's Motion for Hearing on Plaintiff's Second Motion to Compel and Third Motion for Sanctions [Filed May 7, 2007; Docket #121] is **granted**. The parties are directed to appear before the Court in person for oral argument on **May 11, 2007, at 11:00 a.m.** in Courtroom C-203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.