IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

   Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

   Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 29, 2007.**

Plaintiff's Unopposed Motion to Amend Scheduling Order and Enlarge Time for Plaintiff to Respond to Summary Judgment Motion [Filed May 29, 2007; Docket #129] is **granted**. The scheduling order is modified as follows:

Defendant shall submit a stipulated protective order, or if necessary Defendant and Plaintiff file alternative forms for the Court's consideration, on or before June 4, 2007. Defendant shall produce the documents responsive to the Court's Order dated May 11, 2007, no later than June 11, 2007 (per the May 11, 2007 Order).

Plaintiff shall respond to Defendant's pending Motion for Summary Judgment on or before July 15, 2007.

Any Motion to amend the Complaint shall be filed on or before July 31, 2007, and a Motion to Certify the Class shall be filed by August 30, 2007.

Plaintiff shall endorse experts by September 15, 2007. Defendant shall endorse experts by October 15, 2007. Plaintiff shall endorse rebuttal experts by October 25, 2007.

The parties shall complete discovery by October 31, 2007. Additional dispositive motions shall be filed on or before November 15, 2007.

The Pretrial Conference set for June 6, 2007, is **vacated** and **rescheduled** to **December 13, 2007, at 9:45 a.m.** The proposed pretrial order is to be submitted no later than December 6, 2007.