IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 11, 2007.**

    Based upon the parties' agreement, and the entire record herein, the Stipulated Motion for Protective Order [Filed June 5, 2007; Docket #138] is **granted**. The Court will sign the Protective Order and enter it on the record.