IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.05-CV-02311-WDM-MEH

KATHERINE KAUFMAN
    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
    Defendant.

## STIPULATED PROTECTIVE ORDER

The Stipulated Motion for Protective Order is GRANTED and the documents and files related to other claimants shall be considered confidential in their entirety.

It is further ORDERED that this protective order shall cover any and all documents contained within the files to the extent any document may be required to be produced in accordance with any Court Order. All such documents will be covered by this protective order.

It is additionally ORDERED that this Protective Order will cover all other internal documents, not already produced by Defendant in this litigation, that Defendant asserts contain proprietary, confidential, competitively sensitive and/or trade secret information. All such documents designated by Defendant as confidential documents will be covered by the Protective Order. If Plaintiff objects to Defendant's designation of documents as confidential, Plaintiffs will abide by this Protective Order, but can file a motion challenging the confidentiality of the designated documents and may request that the Court except the challenged documents from the Protective order.

As used in this Protective Order, "document" is defined as provided in Fed. R. Civ. P. 34(a). A draft or non-identical copy is a separate document within the meaning of this term.

THE COURT FURTHER ORDERS:

1.   That Plaintiff and her attorneys protect the documents from disclosure, dissemination and publication to anyone except the court and its employees, stenographic reporters engaged in proceedings necessarily incident to the conduct of this action, the attorneys of record in this case, and such personnel and staff of counsel as is necessary for the conduct of this case only;

2.   That the documents may not be used for any purpose whatsoever, except for pre-trial preparation and trial of this case and only this case;

3.   That no copies, duplications or reproductions of the documents shall be provided to any third party expert, or other person specifically retained for this litigation, without first obtaining a signed Agreement of Confidentiality (Appendix A) from such person, agreeing to hold all such materials in confidence and agreeing to the terms and conditions set forth in this Stipulated Protective Order;

4.   That no copies, duplications or reproductions of the documents may be part of the public record of this case, whether in evidence or otherwise, although this Order does not prohibit use of the documents as evidence in the trial of this case. If any document, material or other information designated herein is used in testimony, discovery responses, or evidence, or is quoted in any brief, deposition, transcript or other paper filed in this case, such materials and papers shall be tendered to the court for filing under seal in accordance with D.C.COLO.LCivR 7.3 accompanied by a motion to seal, and if sealed, sealing shall continue so as to prevent disclosure at the conclusion of the trial; and

5. That all copies of the documents covered by this Order shall be returned to American Family's counsel, Lambdin & Chaney, LLP, within 30 days of the conclusion of this case; and

6. That this Protective Order survives this case for the purpose of enforcement; and

7. This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for them to be heard.

DATED at Denver, Colorado this 11th day of June, 2007, by:

    s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge