IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 27, 2007.**

    Plaintiff's Unopposed Motion to Amend Scheduling Order [Filed July 26, 2007; Docket #146] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Deadline to amend the Complaint: | September 15, 2007. |
| Deadline to move for class certification: | September 15, 2007. |
| Deadline for Plaintiff to endorse expert witnesses: | October 15, 2007. |
| Deadline for Defendant to endorse expert witnesses: | November 15, 2007. |
| Deadline for Plaintiff to endorse rebuttal experts: | November 26, 2007. |
| Deadline to complete discovery: | November 30, 2007. |
| Deadline to file additional dispositive motions: | December 17, 2007. |

    The Final Pretrial Conference remains set for December 13, 2007. The Court will view any further requests for extension of time with skepticism and expects the parties to work diligently to meet these deadlines.