IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER SCHEDULING ORAL ARGUMENT

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 13, 2007.**

Pending before the Court are Defendant's Motion for Imposition of Sanctions [Docket #155] and Defendant's Motion for Reconsideration of the Order on Plaintiff's Second Motion to Compel [Docket #156]. Pursuant to 28 U.S.C. § 636(b)(1)(A), these matters have been referred to this Court for resolution. The parties are directed to appear before the Court in person for oral argument regarding the above matters on Wednesday, **October 3, 2007, at 10:00 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Any Responses to the Motions are to be filed on or before September 26, 2007, and any Replies shall be filed by noon on October 1, 2007.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.