IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 05-cv-02311-WDM-MEH          Date:   October 5, 2007
Courtroom Deputy: Cathy Coomes                **FTR – Courtroom C203**

KATHERINE KAUFMAN,                            Steven Silvern
                                              Jennifer Hicks
    Plaintiff,

vs.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,     Suzanne J. Lambdin
                                              Sean A. Chase
    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:        10:12 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendant's Motion for Imposition of Sanctions for Plaintiff's Willful Violation of Stipulated Protective Order (Doc. #155, filed 9/10/07), Defendant's Motion to Reconsider Order Dated May 11, 2007, Re Plaintiff's Second Motion to Compel (Doc. #156, filed 9/10/07), Plaintiff's Opposed Motion for Enlargement of Time to Respond to Defendant's Second Set of Discovery (Doc. #158, filed 9/11/07), Plaintiff's Motion to Amend Complaint (Doc. #169, filed 9/17/07), Plaintiff's Motion to Strike Defendant's Response to the Motion to Amend the Complaint, or in the Alternative an Enlargement of Time to Reply (Doc. #176, filed 10/3/07), and Plaintiff's Motion to Seal Exhibit 6 to Plaintiff's Motion to Amend Summary Judgment Order (Doc. #177, filed 10/3/07).

**ORDERED:**  For reasons stated on the record, the Court makes the following rulings on pending motions:

    1.   Defendant's Motion to Reconsider Order Dated May 11, 2007, Re Plaintiff's Second Motion to Compel (Doc. #156, filed 9/10/07) is DENIED. The Order is affirmed and will be followed.  Prior to filing any additional discovery motions in this case, counsel shall first contact the Court by telephone.  If counsel fail to do so, the motion will be stricken if

       referred to this Court for violation of the Court's order. Any violation of the order will result in sanctions.

2. Defendant's Motion for Imposition of Sanctions for Plaintiff's Willful Violation of Stipulated Protective Order (Doc. #155, filed 9/10/07) is DENIED as to sanctions; **DENIED without prejudice** as to contact with potential class members. Defendant may re-file the motion, if they feel they have grounds to do so. Further the motion is DENIED as moot as to filing a brief in this case with confidential information that was not under seal. The Court notes that a motion to seal has been filed.

3. Plaintiff's Opposed Motion for Enlargement of Time to Respond to Defendant's Second Set of Discovery (Doc. #158, filed 9/11/07) is GRANTED to the extent that Plaintiff will respond by **October 15, 2007;** and DENIED in all other aspects.

4. Plaintiff's Motion to Seal Exhibit 6 to Plaintiff's Motion to Amend Summary Judgment Order (Doc. #177, filed 10/3/07) is GRANTED.

5. Plaintiff's Motion to Strike Defendant's Response to the Motion to Amend the Complaint, or in the Alternative an Enlargement of Time to Reply (Doc. #176, filed 10/3/07) is GRANTED in part and DENIED in part. The Response and Reply are accepted as timely filed.

6. Plaintiff's Motion Amend Complaint (Doc. #169, filed 9/17/07) is DENIED without prejudice as stated on the record.

**ORDERED:**  Counsel shall submit a joint status report no later than **October 15, 2007.**

Discussion regarding the letter issued that gave rise to this action.

Discussion regarding setting a Settlement Conference. Counsel will address the issue of setting a Settlement Conference in the status report to be submitted on October 15, 2007.

**Court in recess:**　　11:33 a.m.  **(Hearing concluded)**
**Total time in court:**　1:21