IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 25, 2007.**

    Plaintiff's Motion to Withdraw Motion for Class Certification [Filed October 24, 2007; Docket #197] is **granted**.  Plaintiff's Motion for Class Certification [Filed September 17, 2007; Docket #167] is **terminated**.  Plaintiff shall re-file any Motion for Class Certification on or before November 5, 2007.