IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 29, 2007.**

    Plaintiff's Second Motion to Amend Complaint [Filed November 20, 2007; Docket #223] is **stricken**. This document is duplicative of Motion #224, which also has the proposed amended complaint attached.