IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 3, 2007.**

    John A. "Jack" Kintzele's unopposed Motion to Withdraw "Notice of Entry of Appearance" on Behalf of Katharine Kaufman [Filed November 30, 2007; Docket #240] is **granted**. Mr. Kintzele's representation of Plaintiff is hereby **terminated**.