IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 23, 2008.**

    The Joint Motion to Vacate Final Pre-Trial Conference [Filed July 21, 2008 ; Docket # 304] is **granted**. The Final Pretrial Conference set for July 25, 2008 is vacated.

    Dismissal papers as to Plaintiff's claims against Defendant are to be submitted on or before August 20, 2008. Issue of sanctions, including Defendant's affidavit (#292) and Plaintiff's objections (#297), remains pending.