IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

    This matter is before me on the Plaintiff's motion for dismissal with prejudice and the Defendant's response to my Order to Show Cause. Being sufficiently advised in the premises it is ordered that Plaintiff's motion is granted and this case shall be dismissed with prejudice. The motions concerning sanctions and attorney's fees remain pending.

    DATED at Denver, Colorado on September 5, 2008

                                 BY THE COURT:

                                 s/ Walker D. Miller
                                 United States District Judge