IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02311-WDM-MEH

KATHERINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff counsel's motion to file reply to objection to attorney's fees (doc. no. 334) is granted.  Plaintiff's motion to waive non-party attorney fee affidavit (doc. no. 323) is granted.

Dated:  April 15, 2009

                                      s/ Jane Trexler, Judicial Assistant