IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02311-RPM
(Civil Action No. 05-cv-02311-WDM-MEH)

KATHARINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY INSURANCE COMPANY,

    Defendant.

_____

ORDER FOR HEARING
_____

    This matter was randomly assigned to me on February 5, 2014.  Pending is a Motion for Decision on Issue Pending More than Four Years and Request for Hearing, filed June 13, 2013, [352].  A response was filed on July 8, 2013, [353], and a reply on July 22, 2013, [354].  Those pleadings apparently escaped attention because of the retirement and death of Judge Walker D. Miller.  All substantive issues in this litigation were resolved by a dismissal pursuant to a settlement.  Unresolved was the determination of the amount of reasonable attorneys' fees incurred by the plaintiff Katharine Kaufman for preparation of the plaintiff's motion for order prohibiting *ex parte* communication as ordered by Judge Miller on November 19, 2008, [321].

    On December 5, 2008, plaintiff's counsel submitted Plaintiff's Attorney Fee Affidavit and Motion to Waive Non-Party Attorney Fee Affidavit or for Extension of Time [323] and an accompanying affidavit of Steven Silvern [323-1].  The defendant filed an objection on December 15 2008, [325].  Plaintiff's counsel filed a reply to those

objections on December 29, 2008, [334-1]

Upon review of these pleadings, it is now

ORDERED that a hearing will be held at a time to be set after conferring with counsel to hear and determine the amount of the attorneys' fees to be awarded to Katharine Kaufman pursuant Judge Miller's order of November 19, 2008. No non-party attorney fee affidavit or expert testimony is required for this hearing.

DATED: February 7th, 2014

                                        BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge