IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02311-RPM
(Civil Action No. 05-cv-02311-WDM-MEH)

KATHARINE KAUFMAN,

    Plaintiff,

v.

AMERICAN FAMILY INSURANCE COMPANY,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Order Awarding Attorney's Fees entered by Senior District Judge Richard P. Matsch on March 14, 2014, it is

ORDERED AND ADJUDGED judgment is entered for Katherine Kaufman and against Sean Chase.  Sean Chase shall pay Katherine Kaufman the sum of $2,500.00 as attorney's fees.

DATED: March 14th, 2014

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                    s/M. V. Wentz
            By_____
                    Deputy